PORET ET AL. *v.* SIGLER, WARDEN.

No. 268, Misc.   Decided November 18, 1957.

*G. W. Gill* and *Gerard H. Schreiber* for petitioners.

PER CURIAM.

The petition for writ of certiorari is granted and in view of the action of the Supreme Court of Louisiana on September 25, 1957, in *Poret* v. *Sigler* and *Poret* v. *Louisiana,* Nos. 269 and 270, Misc., O. T. 1957, certiorari denied this day [*post,* p. 879], the judgments heretofore entered are vacated, and the cause is remanded to the District Court for consideration of the application for habeas corpus. The stay heretofore entered is continued in effect until final disposition of the case in the District Court.